■ LEWIS F. SMITH et al., Respondents, v GARY J. PALONE et al., Appellants. (Appeal No. 1.) [642 NYS2d 852] —Appeal unanimously dismissed without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.—Permanent Injunction.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.